# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRIAN JAMES HICKS　　　　　　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC #138964

v.　　　　　　　　　　　　　5:18CV00286-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction　　　　　　　　　　　　　　　　　　　　RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.　　The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

DATED this 3rd day of January 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE