IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN JAMES HICKS                                                                                         PETITIONER
ADC #138964

v.                                          5:18CV00286-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 3rd day of January 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE